IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

M. L. BERRY, ET AL.                                          PLAINTIFFS

VS.                                                               CIVIL ACTION NO. 3:04CV134LN

PHARMACIA CORPORATION, ET AL.                      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

As a result of the consummation of a recent settlement, there has come before the Court the *ore tenus* motion (the "Motion") of counsel for the Plaintiff(s) identified in **Exhibit "A"** to dismiss with prejudice all claims asserted or which could have been asserted on behalf of the Plaintiff(s) against Pharmacia Corp. (f/k/a Monsanto Chemical Company) and Pfizer, Inc. (the "Monsanto Defendants") in this litigation. Counsel for the Monsanto Defendants joins in the Motion and request.

The Motion is sustained. All claims asserted on behalf of the Plaintiff(s) identified in Exhibit "A" to this Order against the Monsanto Defendants are dismissed with prejudice. All parties will bear their respective costs.

ORDERED, this the 5th day of October, 2006.

UNITED STATES DISTRICT COURT JUDGE

APPROVED:

ATTORNEY FOR CLAIMANTS

JAMES L. JONES
ATTORNEY FOR THE MONSANTO
DEFENDANTS

JM JLJ 420728 v6
2139285-000001

## DISMISSED PLAINTIFF(S)

| **NAME** | **SOCIAL SECURITY NO.** | **DATE OF BIRTH** |
|---|---|---|
| Troy Powell, Sr. | -8736 | |

# EXHIBIT "A"