

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

M. L. BERRY, ET AL.                                                           PLAINTIFFS

V.                                  CIVIL ACTION NO. 3:04CV134-TSL-JCS
                                       (AND ALL CONSOLIDATED CASES)

PHARMACIA CORPORATION, ET AL.                        DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

As a result of the consummation of a recent settlement, there has come before the Court the *ore tenus* motion (the "Motion") of counsel for the Plaintiff(s) identified in Exhibit "A" to dismiss with prejudice all claims asserted or which could have been asserted on behalf of the Plaintiff(s) against Pharmacia Corp. (f/k/a Monsanto Chemical Company) and Pfizer, Inc. (the "Monsanto Defendants") in this litigation. Counsel for the Monsanto Defendants joins in the Motion and request.

The Motion is sustained. All claims asserted on behalf of the Plaintiff(s) identified in Exhibit "A" to this Order against the Monsanto Defendants are dismissed with prejudice. All parties will bear their respective costs.

ORDERED, this the 31st day of October, 2006.

                                                 UNITED STATES DISTRICT COURT JUDGE

**AGREED TO AND APPROVED:**

*s/ James L. Jones*
JAMES L. JONES
Attorney for Monsanto Defendants
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, MS 39236-4167
601/351-2421
601/592-2421

*s/ Paul A. Koerber*
PAUL A. KOERBER
Attorney for Plaintiffs
P. O. Box 12805
Jackson, MS 39236-2805

**EXHIBIT A**

| | PLAINTIFF | DOB | SSN# |
|---|---|---|---|
| 1. | ALLEN, MOSEY | 1926 | 6330 |
| 2. | ARNOLD, JOE | 1926 | 7934 |
| 3. | ARNOLD, MARY | 1940 | 8548 |
| 4. | AYERS, EDWARD (ROCK) | 1949 | 3388 |
| 5. | BAILEY, JAMES | 1946 | 1537 |
| 6. | BASS, PAUL | 1946 | 7495 |
| 7. | BEAZLEY, GENE | 1952 | 2596 |
| 8. | BEAZLEY, ROSE | 1956 | 5436 |
| 9. | BENSON, EUGENE, JR. | 1927 | 2439 |
| 10. | BENSON, LARRY | 1962 | 9238 |
| 11. | BERRY, DOUGLAS | 1952 | 7158 |
| 12. | BERRY, SHERMAN | 1952 | 5697 |
| 13. | BRENT, FREDDIE | 1942 | 7870 |
| 14. | BRENT, H. MIKE | 1954 | 8986 |
| 15. | BRIDGES, ANTHONY | 1965 | 1105 |
| 16. | BRIDGES, JOHN, JR. | 1944 | 1891 |
| 17. | BROOKS, ANTHONY | 1936 | 6894 |
| 18. | BROOKS, PAUL | 1947 | 5667 |
| 19. | BROWN, RAY | 1953 | 5652 |
| 20. | BURKE, ROBERT | 1942 | 5458 |
| 21. | CARROLL, LINDA | 1948 | 3006 |
| 22. | CATCHINGS, ERNEST | 1948 | 8762 |
| 23. | CATCHINGS, KENNETH | 1945 | 6243 |
| 24. | CHARLESTON, JANICE | 1956 | 3673 |
| 25. | CHING, NATHAN | 1944 | 1295 |
| 26. | CLAIBORNE, DAVID | 1965 | 9010 |
| 27. | COHN, JANES | 1934 | 2398 |

1 OF 1

#426389~~1
JM JZP426389v1
2139285-000001 10/25/2006

JM JLJ 426337 vi21 39285-000001 10/3/2006

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 28. | COLEMAN, DARREN J. | 1967 | 4266 |
| 29. | COOPER, BOOKER | 1945 | 2344 |
| 30. | COOPER, CECILIA | 1943 | 0135 |
| 31. | COPELAND, BURNELL | 1938 | 9842 |
| 32. | COSTILOW, MICHAEL | 1962 | 7367 |
| 33. | CRISLER, DANA | 1966 | 4857 |
| 34. | DABNEY, NIflA (WIFE) | 1953 | 3984 |
| 35. | DABNEY, RAY CHARLES | | 9493 |
| 36. | DANIELS, ROBERT | 1962 | 1895 |
| 37. | DIXON, LOUIS | 1960 | 7559 |
| 38. | DOUGLAS, THOMAS | 1960 | 5255 |
| 39. | DUNGAN, WILLIAM | 1921 | 8735 |
| 40. | FORD, AARON | 1933 | 0813 |
| 41. | FORD, GEORGE | 1959 | 2606 |
| 42. | FORD, PAUL | 1946 | 2360 |
| 43. | FORD, REGINALD | 1971 | 1245 |
| 44. | FORD, WILLIE | 1956 | 2288 |
| 45. | FRANKLIN, JAMES | 1941 | 5426 |
| 46. | FUNCHESS, THOMAS | 1951 | 4889 |
| 47. | GIBBS, WILLIE F. | 1971 | 6495 |
| 48. | GLASPER, JERRY | 1962 | 4760 |
| 49. | CLASPER, JEWEL | 1953 | 3649 |
| 50. | GRAHAM, JOHNNY | 1928 | 5125 |
| 51. | GUY, SHEILA A. | 1965 | 7761 |
| 52. | HALL, JOHN | 1958 | 5572 |
| 53. | HAM, CYNTHIA JACKSON | 1962 | 4304 |
| 54. | HARRINGTON, JAMES | 1975 | 2178 |
| 55. | HARRIS, JOHN | 1933 | 1061 |
| 56. | HARRIS, TOMMY L. | 1951 | 6869 |

#426389 vi
JM JZP 426389 vi

2 OF 6

## EXHIBIT A

| | | | |
|---|---|---|---|
| 57. | HAWKINS, JOE | 1935 | 6352 |
| 58. | HAYNES, JERRY | 1970 | 7560 |
| 59. | HEDGEPETH, HAROLD | 1940 | 0728 |
| 60. | HEDGEPETH, ROY | 1940 | 5076 |
| 61. | HENLEY, ROBERT | 1969 | 2312 |
| 62. | HILLARD, JR., CARVIA | 1950 | 5794 |
| 63. | HILLARD, VELRA | 1958 | 5260 |
| 64. | HILTON, JAMES | 1931 | 6384 |
| 65. | JACKSON, ANNIE | | 6269 |
| 66. | JACKSON, CHARLES | 1950 | 5201 |
| 67. | JACKSON, ERNEST | 1936 | 1052 |
| 68. | JACKSON, MACK | 1933 | 2885 |
| 69. | JOHNS, JOHN | 1928 | 5045 |
| 70. | JOHNSON, LINDA A. | 1939 | 7785 |
| 71. | JONES, EDDIE | 1951 | 5658 |
| 72. | JONES, CARCELLE | 1951 | 6652 |
| 73. | JONES, JAMES | 1949 | 5088 |
| 74. | JORDAN, JOHN | 1955 | 2456 |
| 75. | KNIGHT, RICHARD | 1943 | 4012 |
| 76. | LEA, BARBARA | 1946 | 5622 |
| 77. | LENSON, JOHN | 1952 | 3889 |
| 78. | LINDSEY, BRYCE GARRETT | 1994 | 9112 |
| 79. | LINDSEY, ZACHARY TYLER | 1990 | 2685 |
| 80. | LOMAX, CHRISTEAN | 1959 | 1833 |
| 81. | LOMAX, J.C., JR. | 1953 | 0940 |
| 82. | LOMAX, SCOTT | 1956 | 6163 |
| 83. | LONGINO, WILLIE | 1923 | 1836 |
| 84. | MANGUM, JOE | 1949 | 3940 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 85. | MAPLES, WILLIAM | 1954 | 5029 |
| 86. | MARTIN, MARGARET | 1954 | 8524 |
| 87. | MCLENDON, JOY | 1971 | 1100 |
| 88. | MCLENDON, STEVE | 1969 | 6528 |
| 89. | MCMANUS, SILLY JOE | 1964 | 2986 |
| 90. | MCMANUS, WANDA | 1962 | 2962 |
| 91. | MILLER, CLYDE | 1955 | 1164 |
| 92. | MILLER, GERALD | 1943 | 9365 |
| 93. | NELSON, DAVID | 1937 | 6776 |
| 94. | NELSON, FREDERICK | 1942 | 4823 |
| 95. | NELSON, WOODROW, JR. | 1947 | 0462 |
| 96. | NEWELL, KELVIN BERNARD | 1972 | 1945 |
| 97. | NORRELLS, J.P. | 1945 | 6557 |
| 98. | NORRELLS, JERRY D. | 1944 | 9873 |
| 99. | PENDLETON, GEORGE | 1951 | 3098 |
| 100. | PENDLETON, WILLIE | 1948 | 5322 |
| 101. | PENDLETON, KEVIN | 1975 | 0645 |
| 102. | PICKETT, ROBERT | 1935 | 2817 |
| 103. | PITTMAN, PATRICIA | 1957 | 6552 |
| 104. | PORTER, ELOIS | 1922 | 7939 |
| 105. | PORTER, ERIC | 1976 | 8231 |
| 106. | POWELL, FRANKIE | 1960 | 0926 |
| 107. | ROBINSON, SANDRA | 1950 | 7053 |
| 108. | ROGERS, ROY | 1955 | 3636 |
| 109. | ROMAN, TOMMIE | 1938 | 3306 |
| 110. | SANDERS, ROBERT | 1925 | 1236 |
| 111. | SCOTT, ELLISON, JR. | 1940 | 6520 |
| 112. | SCOTT, WALTER, JR. | 1950 | 1434 |
| 113. | SHELTON, SAMUEL | 1932 | 5106 |

## EXHIBIT A

| # | Name | Year | Number |
|---|---|---|---|
| 114. | SHORTER, DORSEY | 1922 | 2151 |
| 115. | SIMMONS, MELVALINE | 1932 | 4592 |
| 116. | SIMS, RICHARD | 1955 | 2483 |
| 117. | SINGLETARY, THOMAS, JR. | 1929 | 2891 |
| 115. | SKIPPER, SYLVESTER | 1951 | 6321 |
| 119. | SMITH, BILLY | 1951 | 5844 |
| 120. | SMITH, DENNIS | 1944 | 5165 |
| 121. | SMITH, EDWARD E. | 1970 | 6624 |
| 122, | TANNER, WADE | 1944 | 1625 |
| 123. | TAYLOR, JOHNNIE | 1936 | 4368 |
| 124. | TEASLEY, KENNEL | 1939 | 6440 |
| 125. | THOP,NTON, MICHAEL | 1964 | 6403 |
| 126. | TOUCHSTONE, GREEN | 1918 | 1242 |
| 127. | TURMAN, JACK | 1923 | 2276 |
| 128. | TURNBOW, PEGGY | 1933 | |
| 129. | VINZANT, BOBBY | 1942 | 5160 |
| 130. | VINZANT, WINNIE | 1945 | 8688 |
| 131. | WALKER, J.C. | 1929 | 5322 |
| 132. | WALKER, TRAVIS | 1974 | 0872 |
| 133. | WALKER, TROY | 1942 | 6630 |
| 134. | WARD, TRAVIS | 1937 | 4811 |
| 135. | WEATHERSBY, ERIC | 1979 | 3726 |
| 136. | WELCH, OTIS | 1917 | 7452 |
| 137. | WELCH, RANDY | 1953 | 3651 |
| 138. | WEST, MICHAEL | 1956 | 5682 |
| 139. | WHEELER, MARY | 1958 | 1318 |
| 140. | WHITE, C.G. | 1922 | 2702 |
| 141. | WILLIAMS, BENNIE | 1951 | 5428 |

## EXHIBIT A

| | | | |
|---|---|---|---|
| 142. | **WILSON, HELEN** | 1926 | 1857 |
| 143. | **WILSON**, MILDRED | 1931 | 0250 |
| 144. | WILSON, ROGER D. | 1962 | 1498 |
| 145. | **WILSON**, RUTH | 1969 | 4292 |
| 146. | **WILSON, TIMOTHY H.** | 1966 | 2012 |
| 147. | **YOUNG**, JERRY | 1957 | 6266 |
| 148. | **YOUNG, WILLIE E.** | 1948 | 6648 |

6 OF 6