```
                    UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF
                    MISSISSIPPI JACKSON DIVISION
```

M.L. BERRY, ET AL.                                          PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:04CV134TSL-JCS

KUHLMAN CORPORATION, ET AL.                                  DEFENDANT

<u>ORDER</u>

This cause is before the court on the motion of plaintiff Harry Thornton for reconsideration of the court's memorandum opinion and order entered in this cause on March 27, 2007 dismissing his claims with prejudice. The court has considered the motion, and for reasons well stated in defendants' response, the court concludes that plaintiff's motion should be denied.

Accordingly it is ordered that plaintiff Thornton's motion for reconsideration is denied.

SO ORDERED this 5th day of February, 2008.

<u>/s/ Tom S. Lee</u>
UNITED STATES DISTRICT JUDGE